987 A.2d 637

DEPARTMENT OF LABOR & INDUSTRY BUREAU
OF WORKERS' COMPENSATION, Petitioner

v.

WORKERS' COMPENSATION APPEAL BOARD
(CRAWFORD & COMPANY), Respondent.

Supreme Court of Pennsylvania.

Dec. 17, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of December, 2009, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by petitioner, is:

Whether the Supersedeas Fund may deny reimbursement of medical treatment rendered before an insurer requested supersedeas, where the Workers' Compensation Act only permits reimbursement of amounts paid as a result of a denial of supersedeas?